UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | CRIMINAL NO. 3:12-CR-_40_(CAR) |
| JOHN T. CHAMBERS | VIOLATION(S):<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. §841(b)(1)(C)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession With Intent To Distribute Of Crack Cocaine)

That on or about ~~May 15~~ *March 21*, 2012, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**JOHN T. CHAMBERS,**

defendant herein, aided and abetted by each other and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally distribute a Schedule II controlled substance to-wit: crack cocaine, also known as cocaine base, in violation of Title 21 United States Code, Section 841(a)(1) and 841 (B)(1)( C ) and Title 18 United States Code Section 2.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
TAMARA A. JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 10 day of October, A.D. 2012.

_____
Deputy Clerk