UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 3:12-CR-40 (CAR) |
| : | |
| JOHN T. CHAMBERS : | |
| : | |
| : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case. In order to make such a motion, the defendant must state under penalty of perjury that he is not guilty, and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is done on your motion and the result show that you are in fact guilty, then the government could petition to the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system, or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

RESPECTFULLY SUBMITTED, this 24th day of October, 2012.

        MICHAEL J. MOORE
        UNITED STATES ATTORNEY

BY:   s/ TAMARA A. JARRETT
       Georgia Bar No. 666480
       Assistant United States Attorney
       United States Attorney's Office
       Middle District of Georgia
       Post Office Box 1702
       Macon, Georgia 31202
       Telephone: (478) 752-3511
       Email: tamara.jarrett@usdoj.gov

## CERTIFICATE OF SERVICE

I, TAMARA A. JARRETT, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing DNA NOTICE by electronically filing said notice with the Clerk of the Court using the CM/ECF system and upon the Defendant by hand delivering a copy of the same to counsel for Defendant.

This 24th day of October, 2012.

                MICHAEL J. MOORE
                UNITED STATES ATTORNEY

BY:   s/ TAMARA A. JARRETT
        Georgia Bar No. 666480
        Assistant United States Attorney
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Email: tamara.jarrett@usdoj.gov