# FINAL AMENDED CRIMINAL PRETRIAL/PLEA CALENDAR
## *UNITED STATES DISTRICT COURT*
## *MIDDLE DISTRICT OF GEORGIA*

**JUDGE**     C. ASHLEY ROYAL

| | | | | |
|---|---|---|---|---|
| **TRIAL DATE/TIME** | August 5 & 12, 2013 (2 week term) 9:00 AM | | **PRETRIAL DATE/TIME** | July 30, 2013 2:30 PM |
| **LOCATION** | U. S. Courthouse Athens, Georgia | | **LOCATION** | U. S. Courthouse Macon, Georgia |

## Note:  Pretrial Conferences have been moved to Macon.

| *Style of Case: USA v.* | *Case No.* | *Prosecutor* | *Defense* | *Charge* | *Status* |
|---|---|---|---|---|---|
| **Daniel Flores Perez** | 3:12-cr-17-2(CAR) | Tamara Jarrett | Kim Stephens | Controlled Substance | |
| **William Campbell** | 3:12-cr-24-2(CAR) | Tamara Jarrett Julia Bowen | Charles Tyrone Brant | Conspiracy to Distribute | |
| **John T. Chambers** | 3:12-cr-40-1(CAR) | Tamara Jarrett | John Baker | Controlled Substance | |
| **Carlos Rivera Josue-Gonzalez** | 3:12-cr-46-1(CAR) | Tamara Jarrett | Christina Hunt | Reentry of Deported Aliens | |
| **Ryan Thomas Jones** | 3:12-cr-47-2(CAR) | Danial Bennett | Scott Huggins | Conspiracy to Distribute | |
| **Courtney Michelle Banks** | 3:12-cr-47-3(CAR) | Danial Bennett | Catherine Williams | Conspiracy to Distribute | |
| **Pravishti Sukhdeo** | 3:12-cr-51-2(CAR) | Sharon Ratley | James Smith | Conspiracy to Distribute | |
| **Mackee Smith** | 3:13-cr-2-1(CAR) | Tamara Jarrett | Scott Huggins | Controlled Substance | |
| **Melvin Lumpkin** | 3:13-cr-3-1(CAR) | Tamara Jarrett | Christina Hunt | Unlawful Transport | |
| **Rodney Jerome Ballard** | 3:13-cr-4-1(CAR) | Tamara Jarrett | Doye Green, Jr. | Controlled Substance | |

Judge C. Ashley Royal
Pre-Trial Calendar
Page 2

| Joshua Smith | 3:13-cr-7-(CAR) | Danial Bennett | Catherine Williams | Controlled Substance | |
| Ezekiel Spell | 3:13-cr-12-1(CAR) | Tamara Jarrett | Bruce Harvey | Conspiracy to Distribute | |
| Mary Dembeck | 3:13-cr-14-1(CAR) | Sharon Ratley | Cynthia Roseberry | Controlled Substance | |
| John Dembeck | 3:13-cr-14-2(CAR) | Sharon Ratley | Charles Barrow | Controlled Substance | |
| Sylvester Blue | 3:13-cr-17-2(CAR) | Sharon Ratley | John McArthur | Controlled Substance | |
| Casimiro Barrera-Lopez | 3:13-cr-18-1(CAR) | Tamara Jarrett | Christina Hunt | Illegal Reentry | |
| John T. Simpson, Jr. | 3:13-cr-21-1(CAR) | Danial Bennett | Vincent Keesee, Jr. | Unlawful Transport | |
| Anthony Gully | 3:13-cr-23-1(CAR) | Danial Bennett | Beau Worthington | Unlawful Transport | |
| Jasper Fulton | 3:13-cr-26-1(CAR) | Tamara Jarrett | Eric Eberhardt | Controlled Substance | |
| Christopher Maurice Norman | 3:13-cr-27-1(CAR) | Tamara Jarrett | Kim Stephens | Controlled Substance | |
| Erwin Jordan | 3:13-cr-28-1(CAR) | Tamara Jarrett | Christina Hunt | Conspiracy to Distribute | |
| Roger Pope | 3:13-cr-28-2(CAR) | Tamara Jarrett | Charles Tyrone Brant | Conspiracy to Distribute | |
| Larry Leon Grimes | 3:13-cr-28-3(CAR) | Tamara Jarrett | Eric Eberhardt | Conspiracy to Distribute | |
| Samuel Aleman | 3:13-cr-29-1(CAR) | Tamara Jarrett | Thomas Rawlings | Reentry of Deported Aliens | |

**NOTE: ALL DEFENDANTS MUST BE PRESENT AT ALL PROCEEDINGS.**

Any party requesting a continuance must do so in writing within three (3) days of receipt of this notice by filing a separate motion, stating the reason therefore (with notice to opposing counsel, unless it is a joint motion.) Otherwise, counsel shall appear at the pretrial conference to request a continuance.

Defense counsel must notify the undersigned immediately if a defendant needs an interpreter for any court proceedings.

It is the responsibility of defense counsel to notify any defendant not in custody of the date, time and location of the trial of the case.

If counsel is delayed on the way to trial, it is the responsibility of counsel to contact either the Judge's office or the undersigned to notify the Court they are delayed and approximately when they will arrive.

Copies of juror questionnaires are available in the Clerk's Office. It is the responsibility of each attorney to review these questionnaires prior to trial.

CERTIFICATION:   I hereby certify that I have served a copy of the above calendar to all counsel of record, the jury administrator, U.S. Probation Office, U.S. Marshal Service, and, Court Security this 26th day of July, 2013.

                                                                                  S/ Lee Anne Purvis
Lee Anne Purvis
Courtroom Deputy/Calendar Clerk for
Judge C. Ashley Royal